1  LAW OFFICE OF JEFFREY S. YOUNG
   JEFFREY S. YOUNG, SB# 172016
2  1307 State Street, 1st Floor Santa Barbara, CA 93101
3  jeff@jeffreyyounglaw.com
   Tel: (805) 884-0338
4  Fax: (805) 884-0799

5
   Attorney for Plaintiff
6  SCOTT WESTMORELAND

7
                    **U.S. DISTRICT COURT**
8     **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**
9

10 | SCOTT WESTMORELAND, an individual | Case No: 8:19-cv-01591 |
   |---|---|
11 | Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
12 | v. | |
13 | EARTHWISE BAG COMPANY, INC., a California corporation; and THE KROGER CO., an Ohio corporation. | **JURY TRIAL DEMANDED** |
14 | | |
15 | | |
16 | Defendants. | |

17

18          **I. COMPLAINT FOR COPYRIGHT INFRINGEMENT**

19 Plaintiff, Scott Westmoreland ("Plaintiff" or "Mr. Westmoreland"), by his undersigned counsel,

20 for his complaint against Earthwise Bag Company, Inc. ("Earthwise"), and The Kroger Co.,

21 ("Kroger" and collectively, "Defendants"), alleges as follows:

22     1.  Scott Westmoreland is an individual residing in Anaheim, California.

23     2.  Earthwise is a California corporation with a principal place of business in Burbank,

24 California, that manufactures and sells reusable shopping bags.

25     3. Kroger is an Ohio corporation with a principal place of business in the state of Ohio,

26 that owns and operates retail stores, including the Ralphs chain of grocery stores in California.

27

28

## II. JURISDICTION AND VENUE

4. This case is a civil action arising under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq. This Court has subject-matter jurisdiction over this action pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

5. Personal jurisdiction and venue are proper in this district pursuant to 20 28 U.S.C.§§ 1391(b) and (c).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and 1400(a), because Defendants operate businesses and market and sell goods in this district. Defendants' wrongful conduct occurred and caused harm in this district.

## III. FACTUAL ALLEGATIONS

### Scott Westmoreland

7. Scott Westmoreland is a nationally known artist who graduated with a degree in art from Cal State, Fullerton in 1991. Mr. Westmoreland spent the first decade of his career as a designer and illustrator in the entertainment industry creating original posters, programs, brochures and multi-use images for major theatrical productions nation-wide, including tours and the Broadway stage. Mr. Westmoreland served as a comprehensive artist for the motion picture industry and its advertisers, as well as a regular contractor for the Walt Disney Company and MCA Universal.

8. In 1996, Mr. Westmoreland was asked to become a full-time Staff artist at Disney, where he created numerous marketing, merchandising and collector edition pieces, as well as countless conceptual and developmental campaigns for Michael Eisner.

9. Mr. Westmoreland rejoined the freelance world in 2001 where he has concentrated his efforts in the fine art arena. Mr. Westmoreland subsequently licensed his fine art images onto many various products including calendars, puzzles, wall murals, clocks, 3-D sculptures, coasters, wallpaper borders, clothing and much more. His surf, woodie car, tropical and pinup girl series have made him a recognizable name on the national art scene.

10. Mr. Westmoreland was a "top 100" seller on Art.com. He has been featured on television shows like Fox's "Trading Spouses," ABC Family's "Knock First," and in publications like "Decor" and "Total Art Licensing." In addition, he has published a limited edition fine art (giclée on canvas) series of original artwork.

### Earthwise Bag Company

11. Earthwise manufactures reusable bags in various sizes, shapes, colors, designs and fabrics.

12. Earthwise sells both pre-designed bags, as well as custom bags bearing various designs.

13. Earthwise publishes a catalog and a website that showcase its various offerings, including its predesigned bags.

14. Earthwise sells its bags to various grocery store chains across the country, including to The Kroger Co.

### The Kroger Co.

15. Kroger operates, either directly or through its subsidiaries, operates approximately 2,760 supermarkets and multi-department stores.

16. One of Kroger's stores is Ralphs, a grocery store with locations throughout Southern California.

17. Kroger purchases reusable bags from Earthwise and sells these bags at its stores.

### The Infringed Artwork

18. In 2007, Mr. Westmoreland created a painting he entitled *Pier Group,* which depicts a scene underneath an ocean pier. The scene shows the pillars of the pier coming to a distant vanishing point in the center of the painting. The foreground of the painting shows the beach shore, with sandals, a hat and seagulls. Surf boards of different colors and designs are depicted leaning against the wooden pier pillars. Exhibit "A."

19. At all times relevant herein, Mr. Westmoreland has complied in all respects with the Copyright Act, 17 U.S.C. § 101, et seq., and secured the exclusive rights and privileges in and to

1  the copyright of *Pier Group*. Mr. Westmoreland registered *Pier Group* with the United States
2  Copyright Office on March 28, 2007, and obtained copyright registration VA 1-406-093.
3  Exhibit "B."

4      20. *Pier Group* has been licensed for use as wall décor by several entities and is readily
5  available for purchase through well-known online retailers such as Amazon.com, Art.com,
6  Walmart.com, Houzz.com and Overstock.com, too name only a few.

7      21. To the best of Plaintiff's knowledge, every authorized seller of *Pier Group* identifies
8  Scott Westmoreland as the artist with the product listing.

9      22. In the beginning of February 2019, Mr. Westmoreland saw a woman at a grocery
10 store in Southern California carrying an insulated grocery bag decorated on all four sides of the
11 bag with multiple reproductions of *Pier Group* partially covered by a red oval containing the
12 logo for Kroger's Ralphs store (hereinafter the "Ralphs Bag"). Exhibit "C."

13     23. Mr. Westmoreland visited a local Ralphs grocery store and purchased a Ralphs Bag
14 on sale for $5.99, before tax. Exhibit "D."

15     24. The Ralphs bag contains a tag indicating that Earthwise was the manufacturer.
16 Shortly after purchasing the bag in February 2019, Mr. Westmoreland reconfirmed that
17 Earthwise was the source of the Ralphs Bag when he saw the bag, without the Ralphs logo, in an
18 Earthwise product catalog that was downloadable from Earthwise's company website. Exhibit
19 "E."

20     25. At no time did Mr. Westmoreland license or otherwise authorize Earthwise or Kroger
21 to use reproductions of *Pier Group* on Ralphs' bags.

22     26. All official copies of *Pier Group* contain Mr. Westmoreland's distinctive signature,
23 written as "Scott." The reproduction of *Pier Group* on the Ralphs Bag has been cropped in such
24 a manner that Mr. Westmoreland's signature is not displayed.

25     27. The reproduction of *Pier Group* on the Ralphs Bag has also been modified, primarily
26 the coloring and designs on a few of the surfboards which have been altered, presumably to
27 remove elements containing the color red, because they may have clashed with the red bag straps
28 and the red Ralphs logo of the Ralphs Bag.

28.  Mr. Westmoreland did not license or otherwise authorize Earthwise or Kroger to modify *Pier Group* or to create a derivative version of *Pier Group*.

## IV. CAUSES OF ACTION

### COUNT I

### Copyright Infringement, 17 U.S.C. § 501 et seq.

(For Direct Copyright Infringement)

29.  Plaintiff incorporates the prior paragraphs by reference as though fully set forth herein.

30.  Mr. Westmoreland owns all title and interest in the copyrights of *Pier Group* and the right to enforce the copyrights that have been modified, publicly displayed, reproduced, copied, sold, and distributed by Defendants.

31.  Defendants, without authorization, have willfully, intentionally, and deliberately infringed the copyrights of *Pier Group* by unlawfully creating a derivative, publicly displaying, reproducing, copying, manufacturing, printing, selling and distributing copies in violation of the Unites States Copyright Act, 17 U.S.C. § 501, et seq..

32.  Earthwise had access to *Pier Group* by nature of fact that it is sold nationally and displayed on the Internet by sellers of wall décor and products containing authorized copies of *Pier Group*.

33.  Mr. Westmoreland is entitled to recover the Defendants profits, or at Mr. Westmoreland's election, statutory damages in accordance with 17 U.S.C. § 504.

34.  Mr. Westmoreland is entitled to recover costs and attorney's fees in accordance with 17 U.S.C. § 505.

/ / /

## COUNT II

### Copyright Infringement, 17 U.S.C. § 1202 et seq.

(For Removal of Copyright Management Information)

35. Plaintiff incorporates the prior paragraphs by reference as though fully set forth herein.

36. All authorized copies of *Pier Group* contain Mr. Westmoreland's signature.

37. Mr. Westmoreland's signature is the best way to identify Mr. Westmoreland as the author of his paintings, including *Pier Group*, and his signature is considered Copyright Management Information as defined under 17 U.S.C. § 1202(c).

38. Any version of *Pier Group* that Earthwise would have used in the creation of the Ralphs Bag would have contained Mr. Westmoreland's signature.

39. The Ralphs Bag does not contain Mr. Westmoreland's signature in its reproduction of *Pier Group*.

40. Earthwise, or its agent, intentionally cropped *Pier Group* in a manner such that Mr. Westmoreland's signature is no longer seen in the image, which effectively removed the Copyright Management Information that identified Mr. Westmoreland as the creator of the reproduction of the *Pier Group* derivative image that was printed on the Ralphs Bag.

41. Westmoreland is entitled to recover statutory damages in accordance with 17 U.S.C. § 1203.

### V. PRAYER FOR RELIEF

WHEREFORE, for the reasons set forth above, Mr. Westmoreland prays for judgment against all Defendants as follows:

1. Judgment in favor of Mr. Westmoreland and against all Defendants;
2. Pursuant to 17 U.S.C. section 502, grant a permanent injunction prohibiting Defendants from copying, manipulating, reproducing, printing, distributing, selling or displaying *Pier Group* or derivatives thereof;

3. Pursuant to 17 U.S.C. section 504, award to Mr. Westmoreland statutory damages of up to $150,000 per infringement, or, in the alternative, all actual damages suffered by Mr. Westmoreland and all profits earned by Earthwise and Kroger attributable to the copyright infringements;

4. Pursuant to 17 U.S.C. section 1203, award to Mr. Westmoreland statutory damages of up to $25,000;

5. Pursuant to 17 U.S.C. section 505, award Mr. Westmoreland his full costs in litigating this matter, including reasonable attorney's fees;

6. A full accounting by Earthwise and Kroger of all profits attributable to the infringements; and

7. Granting Mr. Westmoreland such other and further relief as this Court deems equitable and proper.

## DEMAND FOR JURY TRIAL

Plaintiff Westmoreland demands a trial by jury on all claims so triable.

Dated: August 19, 2019

Respectfully submitted,

LAW OFFICES OF JEFFREY YOUNG

By: /s/ Jeffrey S. Young
Jeffrey S. Young, Attorney for
Plaintiff Scott Westmoreland