

# "Pier Group"

# Exhibit "A"