# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-406-092

Registration Number / Date: 3  28  07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼: **Pier Group**
NATURE OF THIS WORK ▼: **Painting**

**2 a** NAME OF AUTHOR ▼: **Scott Westmoreland**
DATES OF BIRTH AND DEATH — Year Born ▼: **1964**

Author's Nationality or Domicile — Citizen of: **USA**

Nature of Authorship: ☒ 2-Dimensional artwork

**b** (blank)

**3 a** Year in Which Creation of This Work Was Completed: **2007**
**b** Date and Nation of First Publication of This Particular Work: **March 1, 2007, USA**

**4** COPYRIGHT CLAIMANT(S):
Scott Westmoreland
541 S. Paseo De Luna
Anaheim, CA 92807

APPLICATION RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶

# Exhibit "B"