

Exhibit "D"