

# Exhibit "E"